# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

Case No.: 6:23-cv-00636-WWB-LHP

IAN N. DUFFY,
An Individual,

    Plaintiff,

v.


SEMORAN AUTO ACQUISITIONS, INC.,
A Florida Corporation,

    Defendant.
_____/

## **NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(c), I certify that the instant action IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

    Dated: April 7, 2023

    /s/ Joshua E. Feygin
    JOSHUA FEYGIN, ESQ.
    FL Bar No.: 124685
    Email: josh@jfeyginesq.com
    JOSHUA FEYGIN, PLLC
    1930 Harrison St, Suite 208F

Hollywood, FL 33020  
Tel: (954) 228-5674  
Fax: (954) 697-0357  
*Counsel for Plaintiff, IAN N. DUFFY*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 7, 2023, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Middle District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to all counsel of record.

/s/ Joshua E. Feygin  
JOSHUA FEYGIN, ESQ.  
FL Bar No.: 124685