UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IAN N. DUFFY,

          Plaintiff,

v.                                Case No: 6:23-cv-636-WWB-LHP

SEMORAN AUTO ACQUISITIONS, INC.,

          Defendant.

## ORDER

On Monday July 12, 2004, the United States District Court for the Middle District of Florida converted to a mandatory paperless electronic filing system: CM/ECF. Extensive notice of this conversion was provided via the Middle District of Florida's web-page, announcements, and numerous mailings.

All attorneys appearing before this court shall begin using the CM/ECF docket system within **fourteen days** of their entry of appearance in any action pending before this Court.

Counsel are directed to the website located at www.flmd.uscourts.gov under "CM/ECF" where they can request their password from the Court. Counsel are strongly encouraged to take the tutorials offered on the website before using the system.

**DONE and ORDERED** in Orlando, Florida on this July 7, 2023.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE