## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

IAN N. DUFFY, an Individual,

    Plaintiff,                                CASE NO.: 6:23-cv-00636-WWB-LHP

v

SEMORAN AUTO ACQUISITIONS, INC.,

    Defendant.

_____/

## **JOINT NOTICE OF RESOLUTION**

Pursuant to Local Rule 3.09, Plaintiff, Ian N. Duffy, and Defendant, Semoran Auto Acquisitions, Inc. (collectively "the Parties"), respectfully notify the Court that the Parties have reached an agreement to resolve the claims at issue in this lawsuit, and anticipate filing a Joint Stipulation for Dismissal with Prejudice within 30 days.

Respectfully submitted this 25th day of January, 2024,

By: */s/ G Brock Magruder*
**G. Brock Magruder**
Florida Bar No.: 112614
Primary Email Address:
brock.magruder@gray-robinson.com
Secondary Email Address:
downs.litigation@gray-robinson.com
**EISELE IBARRA**
Florida Bar No.: 1039648
Primary Email Address:
eisele.ibarra@gray-robinson.com
**GRAY|ROBINSON, P.A.**
301 East Pine Street, Suite 1400
Orlando, FL 32801

By: */s/ Joshua Feygin*
**Joshua Feygin**
Florida Bar No.: 124685
**JOSHUA FEYGIN, PLLC**
1930 Harrison Street, Suite 208-F
Hollywood, FL 33020
954.228.5674
josh@jfeyginesq.com

*Attorneys for Plaintiff*

Telephone: 407-843-8880
Facsimile: 407-244-5690
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on January 25, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court via the CM/ECF filing system which will send a Notice of Electronic Filing to all counsel of record.

*/s/Brock Magruder*
**BROCK MAGRUDER**
Florida Bar No.: 112614